IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TOM SCOTT**                                                                                                    **PLAINTIFF**

V.                              NO. 4:07CV01031-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                           **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 26th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE